1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                     FOR THE DISTRICT OF NEVADA

8  DYLAN CLAUSSEN,                    CASE NO.: 3:13-cv-00656-RCJ-VPC
9              Plaintiff,
10 vs.                                 **STIPULATION FOR DISMISSAL WITH PREJUDICE**
11 SIERRA DEVELOPMENT COMPANY dba
   CLUB CAL NEVA; CLUB CAL NEVA
12 EMPLOYEE "BRYAN"; CLUB CAL NEVA
   EMPLOYEE "MIKE"; RPD OFFICER
13 MARSHALL EASON; AND RPD OFFICER
   J. WOODWARD,
14
15             Defendants.

16
17     IT IS HEREBY STIPULATED by and between the parties hereto, by and through
18 their respective counsel, that the above-entitled matter, in its entirety and as against all
19 defendants, be dismissed with prejudice with each party to bear their own fees and costs.
20     IT IS FURTHER STIPULATED AND AGREED that the settlement in this matter is
21 in good faith within the meaning and effect of the law of Nevada and of the United States.
22     IT IS SO STIPULATED AND AGREED.
23                                     LAW OFFICE OF DIANE K. VAILLANCOURT
24
25 DATED: 2/26/14                       _____
                                        Terri Keyser-Cooper, Esq. (NV Bar No. 3984)
26                                      LAW OFFICE OF TERRI KEYSER COOPER
                                        3590 Barrymore Drive
27                                      Reno, NV 89512
                                           -and-
28                                      Diane K. Vaillancourt, Esq. (NV Bar No. 9277)
                                        849 Almar Avenue, Ste. C403
                                        Santa Cruz, CA 95060
                                        **Attorneys for Plaintiff**

ERICKSON, THORPE & SWAINSTON, LTD.

DATED: 2-26-2014

_____
John A. Aberasturi, Esq. (SBN 1692)
99 West Arroyo Street
Reno, Nevada 89509
**Attorneys for Defendant Sierra Development Company dba Club Cal Neva**

\* \* \* \* \* \* \* \* \* \*

IT IS SO ORDERED.

Dated this 12th day of March, 2014.

_____
U.S. DISTRICT JUDGE