UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DYLAN CLAUSSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>SIERRA DEVELOPMENT COMPANY dba CLUB CAL NEVA; CLUB CAL NEVA EMPLOYEE "BRYAN"; CLUB CAL NEVA EMPLOYEE "MIKE"; RPD OFFICER MARSHALL EASON; AND RPD OFFICER J. WOODWARD,<br><br>  Defendants. | CASE NO.: 3:13-cv-00656-RCJ-VPC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that the above-entitled matter, in its entirety and as against all defendants, be dismissed with prejudice with each party to bear their own fees and costs.

   IT IS FURTHER STIPULATED AND AGREED that the settlement in this matter is in good faith within the meaning and effect of the law of Nevada and of the United States.

   IT IS SO STIPULATED AND AGREED.

LAW OFFICE OF DIANE K. VAILLANCOURT

DATED: 2/26/14

*/s/ Terri Keyser-Cooper*

Terri Keyser-Cooper, Esq. (NV Bar No. 3984)
LAW OFFICE OF TERRI KEYSER COOPER
3590 Barrymore Drive
Reno, NV 89512
   -and-
Diane K. Vaillancourt, Esq. (NV Bar No. 9277)
849 Almar Avenue, Ste. C403
Santa Cruz, CA 95060
**Attorneys for Plaintiff**

|   |   |
|---|---|
| | ERICKSON, THORPE & SWAINSTON, LTD. |
| DATED: 2·26· 2014 | _____<br>John A. Aberasturi, Esq. (SBN 1692)<br>99 West Arroyo Street<br>Reno, Nevada 89509<br>**Attorneys for Defendant Sierra Development Company dba Club Cal Neva** |

\* \* \* \* \* \* \* \* \* \*

IT IS SO ORDERED.

Dated this 12th day of March, 2014.

_____
U.S. DISTRICT JUDGE